1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

MICHAEL TRANT; DEBORAH TRANT,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A.;
WELLS FARGO HOME
MORTGAGE; NDEX WEST, L.L.C.;
and DOES 1 – 20, inclusive,

Defendants.

) Case No.: 3:12-cv-00164-JM-WMC
)
) Assigned to:  Hon. Jeffrey T. Miller
)
) **ORDER GRANTING STIPULATION**
) **TO SET ASIDE DEFAULT AND TO**
) **EXTEND DEADLINE FOR FILING**
) **RESPONSE TO PLAINTIFFS'**
) **PLEADINGS**
)
)
)
)
)

12
13
14
15
16
17
18
19
20
21
22

**TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF**
**RECORD:**

23
24

The Court, having reviewed the stipulation of the parties, and good cause
appearing therefor, hereby orders as follows:

25
26

1.      The default entered by Court's Clerk on February 2, 2012 against
defendants WELLS FARGO BANK, N.A. as successor by merger to WELLS
FARGO HOME MORTGAGE, erroneously sued herein as WELLS FARGO

27
28

1

BANK, N.A. and WELLS FARGO HOME MORTGAGE and NDEX WEST, LLC is hereby set aside;

2.      Defendant WELLS FARGO BANK, N.A. as successor by merger to WELLS FARGO HOME MORTGAGE is ordered to file its pleading responsive to the Complaint by May 4, 2012.

**IT IS SO ORDERED.**

Dated: February 6, 2012

Hon. Jeffrey T. Miller

ORDER SETTING ASIDE DEFAULT AND EXTENDING DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' PLEADINGS