TAYLOR MORTGAGE LAWYERS
Swazi E. Taylor (SBN 237093)
Olivia J. Palmieri (SBN 265341)
468 Camden Drive, Suite 215-B
Beverly Hills, CA 90210
Telephone: (888) 702-3888
Facsimile: (310) 593-2448

Attorneys for Plaintiffs,
MICHAEL TRANT
DEBORAH TRANT

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHAEL TRANT; DEBORAH TRANT

Plaintiffs,

vs.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; NDEX WEST, LLC; and DOES 1-20, inclusive,

Defendants.

Case No.: 12CV0164 JM WMc

[*Assigned to the Hon. Jeffrey T. Miller*]

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs MICHAEL TRANT and DEBORAH TRANT ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE and NDEX WEST, LLC ("Defendants").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1) *By the Plaintiff.***

**(A)** *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.3, and 66 and any applicable federal statue, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: October 10, 2012

TAYLOR MORTGAGE LAWYERS

By: ______________________

Swazi Taylor, Esq.
Olivia J. Palmieri, Esq.
Attorneys for Plaintiffs,
MICHAEL TRANT
DEBORAH TRANT

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am over the age of 18 and not a party to this action; I am employed in the County of Los Angeles, State of California. My business address is 468 N. Camden Drive, Suite 215-B, Beverly Hills, CA 90210.

On **October 10, 2012,** I served the foregoing document(s) described as:

**PLAINTIFFS' NOTICE OF VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE**

on interested parties in this action, through their respective attorney(s) of record in this action as follows

METHOD OF SERVICE

[ X ] (BY MAIL) I caused such envelope(s) for collection and mailing, following ordinary business practices, at the business office of Taylor Mortgage Lawyers, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of Taylor Mortgage Lawyers for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business
fully prepaid to be placed in the United States Mail.

[ ] (BY PERSONAL SERVICE) I delivered such envelope(s) by hand to the addressees as indicated.

[ ] (BY OVERNIGHT DELIVERY) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document for overnight delivery, in an envelope designed by said express carrier, with delivery fees paid for.

[ ] (BY FACSIMILE) I caused the above-referenced document(s) to be telephonically transmitted to the interested parties via facsimile machine as stated on the attached service list.

[ ] (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF System.

JURISDICTION

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 10, 2012, at Beverly Hills, California.

______________________________
Gary Reichman, declarant

<u>SERVICE LIST</u>

Lukasz Wozniak, Esq.
Nicholas G. Hood
Wright, Finaly & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

<u>Attorney(s) for Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage</u>